THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 

v.

 
 
 
 Amanda B.,
 Tywon J., Joseph M., John Doe (whose true name is unknown) and John Roe
 (whose true name is unknown) and three minor children under the age of
 eighteen (18) years, Defendants,
 Of whom Amanda
 B. is the Appellant.
 In the interest of three minor children.
 
 
 

Appeal From Spartanburg County
W. Marsh Robertson, Family Court Judge

Unpublished Opinion No.  2011-UP-390 
 Submitted July 1, 2011  Filed August 16,
2011

AFFIRMED

 
 
 
 Doug Smith, of Spartanburg, for Appellant.
 Deborah  Murdock, of Mauldin, for
 Respondent.
 Michael Todd Thigpen, of Spartanburg, for
 Guardian ad Litem.
 
 
 

PER CURIAM: Amanda B. appeals the family court's
 final order terminating parental rights to her minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a
 thorough review of the record and the family court's findings of fact and
 conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. 
 Accordingly, we affirm[1]  the family court's ruling. 
AFFIRMED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.